UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.: |
| | : | |
| | : | VIOLATION: |
| v. | : | 21 U.S.C. § 846 |
| | : | (Conspiracy to Distribute Narcotics) |
| TIARA WASHINGTON, | : | |
| Defendant. | : | |

## INFORMATION

The United States of America charges that:

### COUNT ONE

### Conspiracy to Distribute Narcotics

1.   In or about January and February 2013, within the District of Columbia and elsewhere, defendant **TIARA WASHINGTON** and others willfully and knowingly did combine, conspire, confederate, and agree together with each other to unlawfully, knowingly, and intentionally distribute a mixture and substance containing a detectable amount of heroin, a Schedule I narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and 846.

### Goal of the Conspiracy

2.   It was a goal of the conspiracy for the defendant TIARA WASHINGTON and others to obtain narcotics for distribution.

### Manner and Means

3.   Defendant TIARA WASHINGTON and others used the following manner and means, among others, in seeking to achieve the goal of the conspiracy:

      a.    It was a part of the conspiracy for defendant TIARA WASHINGTON to obtain narcotics, including heroin, and other contraband on behalf of an inmate ("Inmate A") housed at the District of Columbia Central Detention Facility ("D.C. Jail") for the purpose of distributing those narcotics.

      b.    It was part of the conspiracy for defendant TIARA WASHINGTON to provide narcotics to Co-conspirator B as part of the distribution scheme.

### Overt Acts

4.    In furtherance of the conspiracy and to effect the object thereof, defendant TIARA WASHINGTON and others committed the following overt acts in the District of Columbia and elsewhere:

      a.    In In or about early January 2013, defendant TIARA WASHINGTON met with Inmate A at D.C. Jail. Inmate A instructed defendant Washington to give Co-Conspirator B $250 in U.S. currency, as well as a clear plastic bag containing heroin.

      b.    On or about January 10, 2013, defendant TIARA WASHINGTON met with Co-conspirator B near the Minnesota Avenue Metro station.

      c.    On or about January 10, 2013, defendant TIARA WASHINGTON provided Co-Conspirator B with $250 in U.S. currency, as well as a clear plastic bag containing approximately 3 grams of heroin.

      d.    On or about January 31, 2013, Inmate A instructed defendant TIARA WASHINGTON to give Co-conspirator B the "shirts" and "clothes," a coded reference to controlled substances.

      e.    On or about January 31, 2013, Inmate A also instructed defendant TIARA WASHINGTON to give Co-conspirator B $250 in U.S. currency.

    f.  On or about February 3, 2013, defendant TIARA WASHINGTON told Inmate A that Co-conspirator B had not yet picked up the "clothes" from defendant TIARA WASHINGTON, meaning Co-conspirator B had not picked up the narcotics and other contraband from defendant TIARA WASHINGTON.

    g.  On or about February 7, 2013, Inmate A instructed defendant TIARA WASHINGTON to send a text message to Co-conspirator B and tell Co-conspirator B "to do that," meaning that defendant TIARA WASHINGTON tell Co-conspirator B to pick up the narcotics and other contraband from defendant TIARA WASHINGTON.

    h.  On or about February 7, 2013, Inmate A told defendant TIARA WASHINGTON to send a text message to Co-conspirator B telling Co-conspirator B to "come get that shit," meaning that defendant TIARA WASHINGTON tell Co-conspirator B to pick up the narcotics and other contraband from defendant TIARA WASHINGTON.

    i.  On or about February 10, 2013, defendant TIARA WASHINGTON informed Inmate A that Co-conspirator B had sent defendant TIARA WASHINGTON a text message in which Co-conspirator B said Co-conspirator B would pick it up "tomorrow," meaning that Co-conspirator B intended to pick up the narcotics and other contraband from defendant TIARA WASHINGTON on or about February 11, 2013.

    j.  On or about February 10, 2013, Inmate A told defendant TIARA WASHINGTON to purchase a four pack of cigarettes, and to include the cigarettes with one of the "shirts," a coded reference to controlled substances.

    k.  On or about February 12, 2013, agents from the Federal Bureau of Investigations conducted a search warrant on the residence of defendant TIARA WASHINGTON, recovering 22.1 grams of heroin, a schedule I controlled substance.

(Conspiracy to Distribute Narcotics, in violation of Title 21, United States Code, Section 846)

Respectfully submitted,

RONALD C. MACHEN JR.
United States Attorney
D.C. Bar No. 498610

By: _____
RICHARD E. DiZINNO
Assistant United States Attorney
D.C. Bar No. 497284
555 4th Street, N.W., Room 5838
Washington, D.C. 20530
(202) 252-6884
richard.dizinno@usdoj.gov